**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


**UNITED STATES OF AMERICA**

          **v.**                         **22 -mj-0014**

**CODY VOLLAN**

**NOTICE OF ATTORNEY APPEARANCE**

      H. Heather Shaner, appointed by the Court, now formally enters her appearance as attorney of record for defendant.


                              Respectfully submitted,


                              /s/
                         _____
                         H. Heather Shaner #273 276
                         1702 S Street N.W.
                         Washington, D.C. 20009
                         Tel. 202 265 8210
                         hhsesq@aol.com